UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 1:12-CR-279

    v.                                 Hon. Paul L. Maloney
                                        Chief United States District Judge

CURTIS LENARDUS BELL, JR. and
KATRINA BELL, a/k/a KATRINA GUERRERO,

        Defendants.
_____/

## FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested final order.  The record fully supports the recitals in the government's motion.  Accordingly, based on all matters of record, IT IS ORDERED:

    1.    That the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c):

UNITED STATES CURRENCY:

    a.    Approximately $3,092 seized from Curtis Lenardus Bell Jr.'s person on October 31, 2012; and
    b.    Approximately $3,999 seized from a laundry basket in Katrina Bell a/k/a Katrina Guerrero's possession on November 1, 2012 (hereinafter, the "Subject Property").

    2.    That all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America, and that the Subject Property shall be disposed of by the United States Marshal Service and/or its designee according to applicable law

and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**


Dated: September 24, 2013          /s/ Paul L. Maloney
                                   PAUL L. MALONEY
                                   Chief United States District Judge