AO 247 (Rev.  11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) |
| --- | --- |
| v. | ) |
| Curtis Lenardus Bell, Jr. | ) Case No: 1:12-cr-279-01 |
| | ) USM No: 16782-040 |
| Date of Original Judgment: 08/08/2013 | ) |
| Date of Previous Amended Judgment: | ) Helen C. Nieuwenhuis |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Ct.2:144 mos;Ct.4:120 mos   months **is reduced to**   Ct.2:120 mos;Ct.4:120 mos, concurrent   concurrent.
*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08/08/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/16/2015

/s/ Paul L. Maloney
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Paul L. Maloney, United States District Judge
*Printed name and title*