# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

Name of Offender:   Curtis Lenardus Bell Jr.                              Case Number: 1:12CR00279-01

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
U.S. District Judge

Date of Original Sentence: August 5, 2013

Original Offense: Count 2: Possession with Intent to Distribute More Than 28 Grams of Cocaine Base;
21 U.S.C. § 841(a)(1)

Count 4: Felon in Possession of Firearms and Ammunition;
18 U.S.C. § 922(g)(1)

Original Sentence: 144 months imprisonment on Count 2 and 120 months on Count 4, to be served concurrently; and 8 years supervised release on Count 2 and 3 years on Count 4, to run concurrently. Special Conditions (1) substance abuse testing/treatment; (2) no alcohol; (3) mental health treatment; (4) financial disclosure; (5) no new loan/credit without approval; (6) community service if unemployed; (7) full-time employment; (8) no cellular phone without prior permission; (9) monthly cellular phone bill disclosure. Special Assessment, $200.00 (paid).

Type of Supervision: Supervised Release                Date Supervision Commenced: June 4, 2021
Expiration Date: June 3, 2029

---

## PETITIONING THE COURT

To modify the conditions of supervision by removing Special Condition 5:

5. The defendant shall not apply for, nor enter into, any loan or other credit transaction without the approval of the probation officer.

## CAUSE

Mr. Bell commenced supervised release on June 6, 2021, and was subject to a credit query through Equifax on January 10, 2022. There were no anomalies or issues of concerns noted during credit review. Mr. Bell has satisfied his monetary penalty imposed by the Court and has demonstrated his ability to manage his funds appropriately; therefore, it is respectfully recommended his conditions of supervised release be modified by removing the restriction he must seek approval of the probation officer before opening new loans or lines of credit. The condition is not needed to effectively supervise Mr. Bell in the community.

He currently resides with his mother in Grand Rapids, Michigan and is employed full-time with the City of Grand Rapids.

**Previous Violations**

None.

**U.S. Probation Officer Action:**

A Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, was not executed as the modification is less restrictive.

|  | Approved, |  | Respectfully submitted, |
|---|---|---|---|
| by | /s/ Scott M. Lopofsky | by | /s/ Calvon M. Owens |
|  | Scott M. Lopofsky |  | Calvon M. Owens |
|  | Supervisory U.S. Probation Officer |  | U.S. Probation Officer |
|  | Date: February 9, 2023 |  | Date: February 9, 2023 |

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Other

/s/ Paul L. Maloney

The Honorable Paul L. Maloney
U.S. District Judge

February 10, 2023
Date