

# United States District Court
# Western District of Michigan
# United States Probation Office

## MEMORANDUM

DATE: 04/14/2023

TO: Paul L. Maloney, U.S. District Judge

FROM: Calvon Owens, U.S. Probation Officer

RE: BELL JR., Curtis Lenardus

On April 12, 2023, Mr. Bell Curtis Bell Jr. filed a motion with the Court seeking early termination from supervised release. On April 13, 2023, the Court petitioned a response from the probation office. The following is the probation office's response to Mr. Bell's motion for early termination from supervised release.

Mr. Bell was sentenced in the U.S. District Court for the Western District of Michigan to a total of 144 months and 8 years supervised release for the offenses of Possession with Intent to Distribute More Than 28 Grams of Cocaine Base and Felon in Possession of Firearms and Ammunition.

Mr. Bell commenced supervised release on June 4, 2021, and is scheduled to expire on June 3, 2029. Mr. Bell is considered a low-moderate risk for recidivism, based upon the Post-Conviction Risk Assessment (PCRA), the actuarial risk and needs assessment tool developed by the Administrative Office of the U.S. Courts and endorsed by the Judicial Conference Committee on Law.

Over the course of supervision, Mr. Bell has complied with the orders of the Court and satisfied all the special conditions of supervision, including satisfying his financial obligations. On February 10, 2023, the Court removed Special Condition 5, requiring Mr. Bell to receive prior permission from the probation officer prior to opening new lines of credit or loans due to Mr. Bell's discipline with managing his finances and satisfying Court imposed monetary penalties.

Mr. Bell resides with his mother in Grand Rapids, Michigan as her caretaker and maintains employment with the City of Grand Rapids in the public works department. Mr. Bell has not incurred any arrests or convictions while on supervised release, and there is no indication he is involved in criminal activity. Mr. Bell completed the random drug testing program and there is no indication he is using illicit substances. Overall, he has substantially met the requirements of the Court and has demonstrated his ability to remain law-abiding after a period of supervision.

In contrary, Mr. Bell has a long criminal history that involves drug distribution and firearms; however, his progress and commitment to thrive for the better reveals a change in thinking and behavior. Despite Mr. Bell's criminal records, his sustained satisfactory progress on supervised release suggests he displays the ability to remain law-abiding and productive after supervision. Based on the above information, the probation office supports Mr. Bell's motion for early termination.

BELL JR, Curtis Lenardus
April 14, 2023
Page 2


Respectfully submitted,


*/s/ Calvon M. Owens*
Calvon M. Owens
U.S. Probation Officer