UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS LENARDUS BELL, JR.,

    Defendant.
_____/

Case No. 1:12-cr-279-01

HONORABLE PAUL L. MALONEY

### ORDER GRANTING IN PART MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

    This matter is before the Court on Defendant Bell's motion for early termination of supervised release (ECF No. 109). A review of the court records reflects defendant was sentenced to 144 months imprisonment following his conviction for possession with intent to distribute more than 28 grams of cocaine base and felon in possession of firearms and ammunition. In December 2015, his sentence was reduced to 120 months pursuant to 18 U.S.C. §3582(c)(2) and Guidelines Amendment 782. He was also sentenced to 8 years of supervised release. His term of supervision began on June 4, 2021. In the motion, defendant states he is gainfully employed, is without violation, and has the support of family.

    Supervised release and the termination of a term of supervised release are authorized by statute, 18 U.S.C. § 3583. The decision to terminate a term of supervised release falls within the discretion of the district court. United States v. Spinelle, 41 F.3d 1056, 1060 (6th Cir. 1994). In exercising that discretion, the district court must consider the § 3553 factors

and also find that early termination of supervised release is warranted by the defendant's conduct and that the early termination is in the interest of justice. United States v. Suber, 75 F.App'x 442, 444 (6th Cir. 2003).

The Court has considered the defendant's conduct during his term of supervision to date, the § 3553 factors, consulted the probation officer, and finds the interests of justice warrant termination of supervision prior to the original expiration date. As such, defendant's motion is GRANTED IN PART. If the defendant has not violated the terms and conditions of supervised release between now and July 5, 2023, then defendant's term of supervision will terminate on July 5, 2023.

IT IS SO ORDERED.

Dated: April 20, 2023  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge